

FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Anahit Shatroyan,<br>DEFENDANT(S). | CASE NUMBER<br><br>CR 14-567-<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Thursday__, __10/9/14__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable _____, in Courtroom _____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)


Dated: __10/8/14__          _____
                            U.S. District Judge/Magistrate Judge